Case 2:19-mj-08918-VRG Document 1 Filed 10/15/19 Page 1 of 1

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
OCT 1 5 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ZAPATA, Eugenio | ) | Case No. PR-19-8918m-01 |
| 05/05/1983 | ) | |
| Eagle Pass, Texas 78852 | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2019-10-11__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | unlawfully, knowingly and intentionally imported and caused to be imported a quantity of Cocaine, approx 3.5kgs, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

On October 11, 2019, Eugenio ZAPATA was encountered by United States Border Patrol Agents (BPAs) assigned to the Immigration Checkpoint located on US Highway 57 in Maverick County, Texas driving a Black four door pickup bearing Texas License Plate HFB8556. Homeland Security Investigations (HSI) Special Agents (SAs) informed BPAs, prior to ZAPATA arriving to the checkpoint, if ZAPATA was encountered to inspect his vehicle. HSI suspected the vehicle to possibly have narcotics. During primary inspection, ZAPATA stated he was traveling to Natalia, Texas to buy feed from a feedstore for his livestock in Mexico. ZAPATA was referred to secondary inspection. In secondary, ZAPATA was asked to exit his vehicle and BPAs performed a K9 inspection. The K9 alerted to the rear of the vehicle. BPAs searched the area and located three (3) bricks wrapped in lead. The bricks were eventually probed, and a white powdery substance was found. The powdery substance was field tested, and the substance tested positive for the characteristics and properties of cocaine. The unofficial preliminary weight was approximately 3.5 kgs. In a post Miranda statement, ZAPATA stated he was the primary user of the vehicle and the vehicle was locked and in his possession the night before. ZAPATA stated he entered the United States via the Eagle Pass, Texas Port of Entry and traveled directly to the checkpoint.

☐ Continued on the attached sheet.

_____
Complainant's signature

HSI SA Javier Ruiz
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/15/2019__

_____
Judge's signature

City and state: __Del Rio, Texas__

United States Magistrate Judge
Printed name and title

**Victor Roberto Garcia
U.S. Magistrate Judge**